1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jeffrey L. Wissot, DDS, | ) | CV 11-10040 RSWL (JCGx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| Great-West Life and Annuity Insurance Co. and American Dental Association, | ) | |
| Defendants. | ) | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Great-West Life and Annuity Insurance Co. and against Plaintiff Jeffrey L. Wissot, DDS.

///
///

1

1 Defendant shall recover the costs of suit, in accord
2 with Federal Rule of Civil Procedure 54(d). All dates
3 set are vacated and this matter is closed.
4
5 **IT IS SO ORDERED.**
6 DATED: June 12, 2013
7
8                                   RONALD S.W. LEW
9                               **HONORABLE RONALD S.W. LEW**
                              Senior, U.S. District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28